## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Lemont Maurice Rogers, | ) | Case No.: 1:23-cr-00126 |
| | ) | |
| Defendant. | ) | |

On June 23, 2023, Defendant applied and was found qualified for court appointed counsel under 18 U.S.C. § 3006A. (Doc. No. 8). The court appointed attorney Max Rudy to represent Defendant in the above-captioned matter.

On June 11, 2025, Defendant filed an *Ex Parte Motion for Status Conference*. (Doc. No. 96). The court granted Defendant's motion and scheduled a hearing for June 17, 2025. (Doc. Nos. 98, 99). The hearing was subsequently rescheduled to June 24, 2025. (Doc. No. 103).

On June 24, 2025, the court held a status conference during which Defendant and his appointed counsel were present. For the reasons articulated on the record, the court finds there is good cause for counsel to withdraw as attorney of record. Accordingly, attorney Max Rudy is authorized to withdraw, and the court shall appoint substitute counsel in a separate order.

**IT IS SO ORDERED.**

Dated this 24th day of June, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court